UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL OLIVER,**

      **Plaintiff,**

v.                                            **Case No: 6:17-cv-126-Orl-41KRS**

**HARLEY-DAVIDSON FINANCIAL SERVICES, INC.,**

      **Defendant.**

                                                  /

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration (Doc. 9), wherein the parties represent that they have agreed to submit the claims at issue in this case to arbitration and request an order staying this litigation pending the completion of the arbitration proceedings.

Based on the parties' agreement to proceed in arbitration, the Court will stay this litigation pending completion of such proceedings.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The parties' Joint Motion to Stay (Doc. 9) is **GRANTED**.

2. This case is **STAYED** pending arbitration. **On or before August 16, 2017**, and every 180 days thereafter, Plaintiff shall file a report as to the status of the arbitration proceeding. Additionally, Plaintiff shall notify this Court within fourteen days of the final resolution of the arbitration proceeding.

3. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 17, 2017.



Copies furnished to:

Counsel of Record